UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEPHEN R. JACKSON,

Plaintiff,

v.

WAL-MART ASSOCIATES, INC.,

Defendant.

No.  2:26-cv-00331-DJC-SCR

ORDER

Plaintiff is proceeding pro se in this matter, which was referred to the a United States Magistrate Judge pursuant to Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

On May 8, 2026, the Magistrate Judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  ECF No. 7.  Plaintiff has filed objections to the findings and recommendations. ECF No. 8

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be largely supported by the record and by proper analysis.  However, in his objections, Plaintiff references a tolling agreement which could, if properly alleged, could state a claim for

1

relief.  Accordingly, the Court will grant Plaintiff leave to amend his Compliant to include information about this tolling agreement.  Plaintiff is warned that future failure to comply with court orders and deadlines may result in dismissal of his case.

Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations filed May 8, 2026 are adopted in part.

2.  Defendant's motion to dismiss (ECF No. 5) is GRANTED WITH LEAVE TO AMEND.  Plaintiff is ORDERED to file an Amended Complaint within twenty-one (21) days of this order.  Failure to comply with this deadline will result in dismissal of the case.

3.  This matter is referred back to the assigned Magistrate Judge.

IT IS SO ORDERED.

Dated:  **June 29, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

2